OPINION — AG — THE EMPLOYEES OF THE GRAND RIVER DAM AUTHORITY WHO ARE COVERED BY OR ELIGIBLE FOR SAID AUTHORITY'S RETIREMENT ANNUITY PLAN ARE EXCLUDED FROM PARTICIPATION IN THE OKLAHOMA PUBLIC EMPLOYEE'S RETIREMENT SYSTEM; THAT IS, UNLESS AND UNTIL SUCH PLAN IS ABROGATED OR CONSOLIDATED WITH SAID SYSTEM. CITE: OPINION NO. 63-456, SENATE BILL NO. 62 (BURCK BAILEY)